# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: ASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

: No. 345 Common Pleas Judicial
: Classification Docket
:
:
:

## O R D E R

**PER CURIAM:**

AND NOW, this 29th day of December, 2017, upon consideration of the Petitions of the Honorable Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the assignment of Judges to divisions of the court, it is hereby ORDERED that the Petitions are granted and the following assignments are approved:

Family Division

The Honorable Deborah Canty
The Honorable Mark B. Cohen
The Honorable Viktoria Kristiansson

Trial Division

The Honorable Deborah Cianfrani
The Honorable Shanese Johnson
The Honorable Zac Shaffer